IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVID STORMAN,

    Plaintiff,                                No. CIV S-09-2565 JAM EFB P

    vs.

THE CALIFORNIA DEPARTMENT        ORDER
OF HEALTH SERVICES, MEDICAL
DIRECTOR (DENTI-CAL DIRECTOR),

    Defendant.

_____/

    This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

    On November 10, 2009, the court dismissed plaintiff's complaint with leave to amend within thirty days. On December 8, 2009, plaintiff filed an interlocutory appeal from the order dismissing the complaint with leave to amend. As the November 10, 2009, order was not a final appealable order, the U.S. Court of Appeals dismissed the appeal on January 20, 2010 and the mandate spread on February 12, 2010.

    To date, plaintiff has not filed the amended complaint as permitted by the court's November 10, 2009 order. The court will grant plaintiff one final opportunity to amend his complaint in conformance with that order.

1

1  Accordingly, it is hereby ORDERED that plaintiff is granted thirty days in which to file
2 an amended complaint that complies with the court's November 10, 2009 order. Failure to file
3 an amended complaint will result in dismissal of this action.
4 DATED: February 25, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2